UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

───────────────────────────────────────────────

SPEARE TOOLS, INC.

      Plaintiff,

      v.                            Case No. 13-cv-324

KLEIN TOOLS, INC.

      Defendant.

───────────────────────────────────────────────

**CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR LEAVE
TO FILE AN EXPEDITED MOTION IN EXCESS OF THREE PAGES**

───────────────────────────────────────────────

      Plaintiff Speare Tools, Inc. ("Speare Tools") brings this Civil L. R. 7(h) Expedited Non-Dispositive Motion for Leave to File an Expedited Motion in Excess of Three Pages. The motion at issue is Plaintiff's motion to compel Defendant to answer a critical interrogatory and to produce several categories of documents. The proposed motion is attached as Exhibit A, and is ten pages in length, due mostly because (1) there are written discovery requests that are restated in the brief, (2) there is almost two months of correspondence culminating in the motion to compel, and (3) this is the first substantive motion before the Court, thus, a background of the parties and the case is warranted. Because these facts cannot be effectively communicated in three pages, Plaintiff respectfully requests this Court allow Plaintiff to file a ten-page Civil L. R. 7(h) Expedited Non-Dispositive Motion to Compel.

      The reason for the expedited nature of the motion to compel is that expert discovery is scheduled to begin in March, and if Plaintiff's motion to compel is granted, expert discovery will necessarily need to be delayed until fact discovery is complete. Thus, an expedited motion is required to understand whether the parties need to conduct expert discovery in March, or

whether expert discovery will be extended until Defendant complies with its discovery obligations.

WHEREFORE, Plaintiff respectfully requests the Court to grant Plaintiff's Non-Dispositive Motion for Leave to File an Expedited Motion in Excess of Three Pages.


Dated: February 26, 2014   Respectfully submitted,

         SPEARE TOOLS, INC.

          By: /s/ Mark M. Grossman
          Mark M. Grossman #6208323
          Lee F. Grossman #6192977
          Tejal P. Fowler #6283711
          Grossman Law Offices
          225 W. Washington St.  Suite 2200
          Chicago, IL  60602
          Phone: (312) 621-9000
          mgrossman@grossmanlegal.com

## CERTIFICATE OF SERVICE

       I certify that on February 26, 2014, I electronically filed the foregoing Civil L. R. 7(h) Expedited Non-Dispositive Motion for Leave to File an Expedited Motion in Excess of Three Pages with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                  Brad Hulbert
                  hulbert@mbhb.com

                  Eric Moran
                  moran@mbhb.com

                  James Lovsin
                  lovsin@mbhb.com

                  Brian Price
                  brian.price@jacksonlewis.com

                          /s/ *Mark M. Grossman*